UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

CASE NO. 3:19-cv-739-CRS

KENDRICK WILSON                                                            PLAINTIFF

vs.

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, ET AL                                DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

## ANSWER
*(electronically filed)*

Comes the Defendant, Brett Hankison, by counsel, and for his Answer to Plaintiff's Complaint states as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 1,2,3, 4, 5, 6 and 7 of Plaintiff's Complaint and therefore denies the same

2. Defendant admits that he is an employee of the Louisville Metro Police Department and was acting within the scope of his authority at all times relevant herein. With respect to the remainder of the allegations contained in numerical paragraphs 8 and 9 of Plaintiff's Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

3. With respect to the allegations contained in numerical paragraph 10 of Plaintiff's Complaint, Defendant states that he has completed the LMPD academy and that he has been employed by LMPD since 2002, however, Defendant is without knowledge or

1

information sufficient to form a believe as to the truth of the remaining allegations in this paragraph and therefore denies the same.

4. In response to the allegations contained in numerical paragraph 11 of Plaintiff's Complaint, Defendant states that at all times relevant he was acting within the scope of his employment. The remainder of the allegations in this paragraph contain legal conclusions which do not require a response.

5. Defendant denies the allegations in numerical paragraph 12 of Plaintiff's Complaint.

6. With respect to the allegations contained in numerical paragraph 13 of Plaintiff's Complaint, Defendant states that the court record speaks for itself and denies the remainder of the allegations in this paragraph.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 14 of Plaintiff's Complaint, and therefore denies the same. Defendant further states that the court record speaks for itself.

8. Defendant denies the allegations contained in numerical paragraph 15 of Plaintiff's Complaint.

9. With respect to the allegations contained in numerical paragraph 16 of Plaintiff's Complaint, Defendant states that the court record speaks for itself and that he is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

10. Defendant denies the allegations contained in numerical paragraphs 17, 18 and 19 of Plaintiff's Complaint and states that the body camera and court records speak for itself.

11. With respect to the allegations contained in numerical paragraphs 20 and 21 of Plaintiff's Complaint, Defendant states that the body camera video, recordings and court records speak for themselves and denies the remainder of the allegations.

12. With respect to the allegations contained in numerical paragraph 22 of Plaintiff's Complaint, Defendant states that the court record speaks for itself, and that Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and therefore denies the same.

13. With respect to the allegations contained in numerical paragraph 23 of Plaintiff's Complaint, Defendant states that the court record speaks for itself, and Defendant denies the remainder of the allegations.

14. With respect to the allegations contained in numerical paragraph 24 of Plaintiff's Complaint, Defendant states that the court record speaks for itself, and that Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and therefore denies the same.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 25 and therefore denies the same.

16. With respect to the allegations contained in numerical paragraph 26 of Plaintiff's Complaint, Defendant states that the citation speaks for itself, and that Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and therefore denies the same.

17. Defendant denies the allegations contained in numerical paragraph 27 of Plaintiff's Complaint which pertain to him, and with respect to the remainder of the allegations

therein, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies the same.

18. With respect to the allegations contained in numerical paragraph 28 of Plaintiff's Complaint, Defendant states that the video speaks for itself and denies the remainder of the allegations.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 29 of Plaintiff's Complaint and therefore denies the same.

20. In response to the allegations contained in numerical paragraph 30 of Plaintiff's Complaint, Defendant states that the court record speaks for itself and denies the remainder of the allegations to the extent they are inconsistent with the record.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 31 of Plaintiff's Complaint and therefore denies the same.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 32, 33, 34, 35, 36, and 37 of Plaintiff's Complaint and therefore denies the same.

23. Defendant denies the allegations contained in numerical paragraphs 38 and 39 of Plaintiff's Complaint.

24. In response to the allegations contained in numerical paragraph 40 of Plaintiff's Complaint, Defendant adopts and incorporates numerical paragraphs 1-23 above as if fully set forth herein.

25. Numerical paragraph 41 is a legal statement which does not require a response.

26. Defendant denies the allegations contained in numerical paragraphs 42, 43, 45, 46, 47, 48, 49, 50 and 51 of Plaintiff's Complaint.

27. In response to the allegations contained in numerical paragraph 44 of Plaintiff's Complaint, Defendant states that he is a properly trained police officer, however, the remainder of these allegations are unclear and therefore Defendant does not have sufficient information to respond and denies the same.

28. In response to the allegations contained in numerical paragraph 52 of Plaintiff's Complaint, Defendant specifically denies any allegations of wrongdoing and is without information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the same.

29. In response to the allegations contained in numerical paragraph 53 of Plaintiff's Complaint, Defendant adopts and incorporates numerical paragraphs 1-28 above as if fully set forth herein.

30. The allegations contained in numerical paragraph 54 of Plaintiff's Complaint contain legal conclusions and do not require a response.

31. Defendant denies the allegations in numerical paragraph 55, 57 and 59 of Plaintiff's Complaint.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 56 and 58 of Plaintiff's Complaint and therefore denies the same.

33. Defendant states that the allegations contained in numerical paragraphs 60, 61 and 62 of Plaintiff's Complaint refer to Louisville Metro Government and LMPD, however,

Defendant specifically denies any allegations of wrongdoing contained in these paragraphs.

34. In response to the allegations contained in numerical paragraph 63 of Plaintiff's Complaint, Defendant adopts and incorporates numerical paragraphs 1-33 above as if fully set forth herein.

35. The allegations contained in numerical paragraph 64 of Plaintiff's Complaint are legal conclusions which do not require a response. To the extent a response is required they are denied.

36. Defendant denies the allegations in numerical paragraphs 65 and 66.

37. In response to the allegations contained in numerical paragraph 67 of Plaintiff's Complaint, Defendant adopts and incorporates numerical paragraphs 1-36 above as if fully set forth herein.

38. The allegations contained in numerical paragraph 68 of Plaintiff's Complaint are legal conclusions which do not require a response. To the extent a response is required they are denied.

39. Defendant denies the allegations contained in numerical paragraphs 69, 70 and 71 of Plaintiff's Complaint.

40. In response to the allegations contained in numerical paragraph 72 of Plaintiff's Complaint, Defendant adopts and incorporates numerical paragraphs 1-39 above as if fully set forth herein.

41. The allegations contained in numerical paragraph 73 of Plaintiff's Complaint are legal conclusions which do not require a response. To the extent a response is required they are denied.

42. Defendant denies the allegations contained in numerical paragraphs 74, 75, 76 and 77 of Plaintiff's Complaint.

43. All allegations not specifically admitted are denied.

## Affirmative Defenses

44. The Complaint fails to state a claim for which relief can be granted.

45. The Complaint is barred by the applicable statute of limitations.

46. Defendant is entitled to any and all applicable immunity defenses including qualified immunity, absolute immunity and sovereign immunity.

47. The injuries and damages about which Plaintiff complains were caused in whole or in part by Plaintiff's own actions.

48. Defendant affirmatively pleads each of the enumerated defenses contained in Federal Rules of Procedure 8 and 12, including but not limited to waiver, laches and estoppel, to the extent such defense or defenses are or may be applicable.

49. Plaintiff's claims are barred because the underlying criminal charges were not resolved in a manner indicative of his innocence.

50. Plaintiff has failed to mitigate damages, if any, and is therefore barred from relief.

51. Plaintiff has failed to state a claim for punitive damages against Defendant.

52. Defendant expressly reserves the right to file further pleadings and to assert additional defenses as the proof develops.

**WHEREFORE,** Defendant respectfully requests:

1. Dismissal of Plaintiff's Complaint with prejudice;

2. Trial by jury;

3. His costs expended herein; and

4. Any and all other relief to which he appears reasonably entitled.

RESPECTFULLY SUBMITTED,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


/s/ Kristie B. Walker
Kristie B. Walker
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202
(502) 574-3225
kristie.walker@louisvilleky.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on November 22, 2019, I electronically filed the foregoing Answer to Plaintiff's Complaint with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Kristie B. Walker
Kristie B. Walker