UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00739-CRS

*Electronically Filed*

KENDRICK WILSON                                                         PLAINTIFF

vs.

LOUISVILLE-JEFFERSON COUNTY
METROPOLITAN GOVERNMENT, *et al.*                     DEFENDANTS

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Comes Defendant, Brett Hankison, by counsel, and hereby respectfully moves this Honorable Court to grant the Order filed in conjunction with this Motion and thereby permit the withdrawal of Douglas Scott Porter as counsel of record for Defendant Hankison, and substitute Kyle M. Vaughn as counsel for said Defendant. In support of this Motion the undersigned states that Mr. Porter has left the employ of Vaughn Petitt Legal Group, PLLC for other opportunities.

Please serve all future filings, correspondence, and documents electronically or at the address set forth below.

                                                                         Respectfully submitted,

                                                                         /s/ Carol S. Petitt
                                                                         Carol S. Petitt
                                                                         Kyle M. Vaughn
                                                                         VAUGHN PETITT LEGAL GROUP, PLLC
                                                                         7500 West Highway 146
                                                                         Pewee Valley, Kentucky 40056
                                                                         (502) 243-9797
                                                                         Fax (502) 243-9684
                                                                         cpetitt@vplegalgroup.com

kvaughn@vplegalgroup.com
COUNSEL FOR DEFENDANT
BRETT HANKINSON

**CERTIFICATE**

This is to certify that a copy of the foregoing was sent CM/ECF and/or U.S. Mail to the following parties, on this the 18th day of September 2020:


Hon. Kristie B. Walker
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, Kentucky 40202
COUNSEL FOR LOUISVILLE METRO

Sam Aguiar
SAM AGUIAR INJURY LAWYERS, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206
sam@kylawoffice.com
COUNSEL FOR PLAINTIFF


/s/ Carol S. Petitt
VAUGHN PETITT LEGAL GROUP, PLLC