UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| KENDRICK WILSON | ) | |
|---|---|---|
| | ) | CIVIL ACTION NO. 3:19-cv-739-CRS-RSE |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOUISVILLE-JEFFERSON COUNTY | ) | |
| METRO GOVERNMENT, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes undersigned counsel, Sam Aguiar, (hereinafter "Counsel"), as counsel of record for the Plaintiff, Kendrick Wilson (hereinafter "MR. WILSON"), and hereby moves this Honorable Court to grant his Motion to Withdraw as counsel for Mr. Wilson. In support of the Motion, counsel states as follows:

1. There has been a material and irreparable breakdown in the attorney-client relationship. Counsel believes such an issue constitutes a showing of good cause for withdraw.

2. Counsel has advised client that this motion would be filed and to seek other counsel.

3. As required by local rules, a copy of the motion was sent via certified mail to the Plaintiff.

4. As the undersigned counsel was handling this case pro bono, there will be no attorney lien asserted against any final recovery.

Wherefore, counsel now respectfully requests for this Honorable Court to grant this motion to withdraw as attorney of record for the Plaintiff and that he be relieved of any further responsibility for representation of the Plaintiff in the instant case.

Further, Counsel requests that this Court and all parties advance all further pleadings to the Plaintiff at the address in the Certificate of Service herein and that undersigned counsel be removed from service of filings.

Respectfully submitted this 28th day of September, 2020.

Respectfully submitted,

SAM AGUIAR INJURY LAWYERS, PLLC

*/s/ Sam Aguiar*
Sam Aguiar
1201 Story Avenue, Suite 301
Louisville, KY 40206
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
sam@kylawoffice.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28th, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also hereby certify that a copy of this Motion and the Proposed Order are being sent to the Plaintiff, Kendrick Wilson, via certified mail to 415 Red Crest Drive, Shepherdsville, KY 40165.

*/s/ Sam Aguiar*
*Counsel for Plaintiff*