# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KENDRICK WILSON**                                                                                    **PLAINTIFF**

vs.                                                                   CIVIL ACTION NO. 3:19-CV-739-CRS

**LOUISVILLE-JEFFERSON COUNTY**
**METROPOLITAN GOVERNMENT, et al.**                                                **DEFENDANTS**

## ORDER

Motions having been made and for the reasons set forth in the Memorandum Opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

1. The motion of the Defendant, Brett Hankison, for summary judgment (DN 43) is **GRANTED**.

2. The relief requested by the Plaintiff, Kendrick Wilson, in his Response (DN 62), which is titled "Motion to Strike and Enter Default to Move Forward with a Settlement Conference," is **DENIED**.

3. All claims asserted by the Plaintiff against Brett Hankison are hereby **DISMISSED WITH PREJUDICE**.

4. This is a final and appealable order as there is no just reason for delay in entry.

**IT IS SO ORDERED.**

April 27, 2021



Charles R. Simpson III, Senior Judge
United States District Court