**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**KENDRICK WILSON**                                                                                               **PLAINTIFF**

**vs.**                                                           **CIVIL ACTION NO. 3:19-CV-739-CRS**

**LOUISVILLE-JEFFERSON COUNTY**
**METROPOLITAN GOVERNMENT, et al.**                           **DEFENDANTS**

### ORDER AND JUDGMENT

Defendant, Louisville-Jefferson County Metro Government ("Louisville Metro Government"), moved for summary judgment on June 1, 2021, arguing that the claims asserted against it should be dismissed. DN 67, 67-1 at 3-4. Plaintiff, Kendrick Wilson, has not filed a response. The Court previously informed Plaintiff, a pro se litigant, of his obligation to respond to a motion for summary judgment and the consequences of a failure to do so. DN 61. He has previously responded to motion practice, so he is clearly cognizant of the rule. DN 62.

Twenty-eight days have passed since Louisville Metro Government's motion was filed and the motion stands unopposed. Thus, **IT IS HEREBY ORDERED AND ADJUDGED** that

1. The motion of the Defendant, Louisville Metro Government, for summary judgment (DN 67) is **GRANTED**, and all claims asserted against Louisville Metro Government are hereby **DISMISSED WITH PREJUDICE**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. There being no just reason for delay in its entry, this constitutes a final and appealable judgment.

**IT IS SO ORDERED.**

June 28, 2021

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
Kendrick Wilson, pro se